Charles E. Leasure III, Esq.
STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
T: 215-751-2885
F: 610-988-0805
charles.leasure@stevenslee.com
*Attorneys for Defendant,*
*Arizona Beverages USA LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KAREN SMILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-01107-ELH |

## DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 105(9), defendant, Arizona Beverages USA LLC ("Defendant"), respectfully moves the Court for an order granting Defendant an extension of time to an including September 25, 2023, to file its response to plaintiff's first amended complaint ("FAC") in this action. The FAC was filed on August 11, 2023. Defendant's current response deadline is August 25, 2023.

Good cause exists to grant this motion. Defendant requires additional time to review, to analyze, and to respond to the Plaintiff's 109-paragraph FAC that contains claims for a putative

state-wide and nationwide class action based on allegations of violations of the Maryland Consumer Protection Act and unjust enrichment. Additionally, the requested extension will not unreasonably delay the progress of this lawsuit, as the Court has not yet entered any scheduling order.

Plaintiff's counsel has stated his consent to the relief requested in the motion.

Respectfully submitted,

Dated: August 16, 2023

By: __/s/ Charles E. Leasure III__
CHARLES E. LEASURE III

STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
T: 215-751-2885
F: 610-988-0805
charles.leasure@stevenslee.com

*Attorneys for Defendant,
Arizona Beverages USA LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

>Steffan T. Keeton, Esq.
>The Keeton Firm LLC
>100 South Commons, Suite 102
>Pittsburgh, Pennsylvania 15212
>(Via email to: stkeeton@keetonfirm.com)
>
>Attorneys for Plaintiff, Karen Smiley

Dated: August 16, 2023

/s/ Charles E. Leasure III
CHARLES E. LEASURE III

Charles E. Leasure III, Esq.
STEVENS & LEE
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
T: 215-751-2885
F: 610-988-0805
charles.leasure@stevenslee.com
*Attorneys for Defendant,*
*Arizona Beverages USA LLC*