UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KAREN SMILEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | Civil Action No. 1:23-cv-01107-ELH |

ELH/KW
[PROPOSED] ORDER

Upon consideration of the Defendant's Consent Motion for Extension of Time and for good cause having been shown, it is on this __16th__ day of August, 2023:

ORDERED, that the Consent Motion is GRANTED; and it is

FURTHER ORDERED, that Defendant shall have to and including September 25, 2023 to answer or otherwise respond to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

*/s/ Ellen L. Hollander*
ELLEN L. HOLLANDER
United States District Judge

08/16/2023 SL1 1943678v1 115260.00014